JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for PALM DESERT NATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>CDL CONSTRUCTION , INC, ; WEW CONSTRUCTION, INC.; WILLIAM E. WRIGHT; LAURA WRIGHT; CHRISTIAN D. LEDUEDE; PAULINE LEHUJEDE; LEHUEDE REVOCABLE TRUST DATED FEBRUARY 20, 2003; ROBERT D. MCCONNELL, etc., et al.,<br><br>Defendants.<br><br>And RELATED CROSS-ACTIONS | CASE NO. 5:12-cv-01429-GAF (OPx)<br><br>**ORDER DISMISSING CASE PURSUANT TO STIPULATION** |

-1-
Order Dismissing Case Pursuant to Stipulation

The Court, having received and considered the parties' stipulation for dismissal of case and finding good cause, hereby orders as follows:

The Complaint and all Cross-Actions are hereby dismissed in their entirety with prejudice, with each party to bear their own litigation costs and attorney's fees. All pending hearings and trials in this case are hereby ordered vacated.

Dated: August 14, 2014

_____
Judge Gary Allen Feess
United States District Court

**JS-6**